# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOHN R. FRAWLEY, JR., as personal representative
of the estate of JOHN R. FRAWLEY, SR.,

Appellant,

v.

OAK HILL MANAGEMENT FLORIDA, LLC, and
WRD PROVIDENCE PALM HARBOR, LLC,

Appellees.

No. 2D23-389

_____

February 23, 2024

Appeal from the Circuit Court for Pinellas County; Patricia A. Muscarella, Judge, and Peter R. Ramsberger, Senior Judge.

Ralph L. Gonzalez, Jeff Murphy and C. Steven Yerrid of The Yerrid Law Firm, Tampa, for Appellant.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Ft. Lauderdale, for Appellees.


PER CURIAM.

    Affirmed.

SILBERMAN, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.